IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEDESMA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ADAME, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:13-cv-01227-GSA (PC)<br><br>ORDER TO SUBMIT NEW, COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE, WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on August 7, 2013, together with an application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915. However, Plaintiff failed to complete the application. Plaintiff did not answer all of the questions asked on the application. Plaintiff shall be granted time to submit a new, completed application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension of time will be granted without a showing of good cause**. Plaintiff is not required to submit another copy of his prison trust account statement. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **August 15, 2013**　　　　　　　　　　／s／ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE