UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEDESMA, | 1:13-cv-01227-AWI-EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (ECF NO. 25) |
| ADAME, et al., | ORDER DISMISSING CLAIMS AND DEFENDANTS |
| Defendants. | |

Jose Ledesma ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's Third Amended Complaint, which was filed on September 15, 2016. (ECF No. 23). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 7, 2016, Magistrate Judge Erica P. Grosjean entered an order, finding that Plaintiff stated a claim against defendants Adame, Tyree, and Lundy for violation of the Eighth Amendment based on conditions of confinement, against defendants Adame and Lundy for inadequate health care in violation of the Eighth Amendment, and against defendants Adame, Tyree, and Lundy for retaliation in violation of the First Amendment. (ECF No. 24). On that same day, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that all other claims and defendants be dismissed from this action, with prejudice. (ECF No. 25). Plaintiff was provided an opportunity to file objections to the

findings and recommendations within thirty days.  To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on November 7, 2016, are ADOPTED in full;

2. This action now proceeds on Plaintiff's Third Amended Complaint, filed on September 15, 2016, against defendants Adame, Tyree, and Lundy for violation of the Eighth Amendment based on conditions of confinement, against defendants Adame and Lundy for inadequate health care in violation of the Eighth Amendment, and against defendants Adame, Tyree, and Lundy for retaliation in violation of the First Amendment;

3. All other claims and defendants are DISMISSED from this action, with prejudice;

4. The Clerk is DIRECTED to reflect the dismissal of defendant K. Holland on the Court's docket; and

5. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   January 20, 2017                       _____
                                                 SENIOR DISTRICT JUDGE