UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEDESMA,<br><br>    Plaintiff,<br><br>v.<br><br>ADAME, et al.,<br><br>    Defendants. | 1:13-cv-01227-AWI-EPG (PC)<br><br>ORDER SETTING CONFERENCE REGARDING SETTING OF AN EVIDENTIARY HEARING<br>(ECF NO. 30) |

    On February 3, 2017, Defendants filed a motion for summary judgment under Federal Rule of Civil Procedure 56 for failure to exhaust administrative remedies. (ECF No. 30). On April 10, 2017, Plaintiff filed his opposition to the motion for summary judgment. (ECF No. 35). After reviewing the evidence, the Court has determined that there is a dispute of fact and that an Albino evidentiary hearing is necessary. See Albino v. Baca, 747 F.3d 1162, 1170 (9th Cir. 2014). Accordingly, the Court will set a conference regarding the setting of an evidentiary hearing. The parties should also be prepared to discuss the procedures and scope of the evidentiary hearing.

    In accordance with the above, IT IS HEREBY ORDERED that:

1. A conference regarding the setting of an evidentiary hearing is set before Magistrate Judge Erica P. Grosjean on May 3, 2017, at 10:00 a.m. at the Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Fresno, CA 93721 in Courtroom #10; and

1

2. Plaintiff must appear telephonically. Defendants' counsel may either appear in person or telephonically. To appear telephonically, the parties are directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated: **April 18, 2017**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE