DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE & BRUNNER
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
JOSE LEDESMA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEDESMA,<br><br>    Plaintiff,<br><br>vs.<br><br>ADAME, ET AL.,<br><br>    Defendants. | Case No. 1:13-cv-01227-AWI-EPG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS' OPPOSITION AND DEFENDANTS' REPLY TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** |

    Defendants filed Defendants' Notice of Motion and Motion to Dismiss Plaintiff's Third Amended Complaint; Memorandum of Points and Authorities in the above-captioned matter on December 21, 2017 (ECF No. 59). Based on the date of the motion's filing, Plaintiff's Opposition is due January 4, 2018, and Defendants' Reply is due January 11, 2018. No hearing was initially scheduled in this matter as Plaintiff was pro per until December 21, 2017, when counsel EmilyRose Johns entered an appearance on his behalf.

    The extension is requested to allow plaintiff's counsel the opportunity to meet with plaintiff and discuss the contents of the motion. This is requested because plaintiff is incarcerated with attendant limitations on his ability to freely communicate with

counsel and because plaintiff's counsel has newly appeared in this matter.

The parties hereby stipulate and respectfully request that the Court grant the Plaintiffs an extension to file their opposition and the Defendants an extension to file their reply.

The parties stipulate to and respectfully request the following dates:

- Plaintiff's Opposition due January 25, 2018
- Defendants' Reply due February 15, 2018

Dated: December 29, 2017

        SIEGEL, YEE & BRUNNER

        By: */s/ EmilyRose Johns*
           EmilyRose Johns

        Attorneys for Plaintiff
        JOSE LEDESMA

Dated: December 29, 2017

        XAVIER BECERRA
        Attorney General of California

        By: */s/ Colin A. Shaff*
           Colin A. Shaff
           Deputy Attorney General

        Attorneys for Defendants
        G. ADAME, J. LUNDY, and J. TYREE

*Ledesma v. Adame et al.*, No. 1:13-cv-01227-AWI-EPG
Stipulation and Order - 2

**ORDER**

On stipulation of the parties, and for good cause appearing, the Court grants the parties' stipulated extension. Plaintiff's Opposition to Defendants' Motion to Dismiss is due January 25, 2018. Defendants' Reply is due February 18, 2018.

IT IS SO ORDERED.

Dated: **January 2, 2018**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE