# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEDESMA,<br><br>Plaintiff,<br><br>v.<br><br>ADAME, et al.,<br><br>Defendants. | Case No. 1:13-cv-01227-AWI-EPG (PC)<br><br>ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR PARTIES TO EXCHANGE INITIAL DISCLOSURES<br><br>(ECF NO. 73) |

On stipulation of the parties, and for good cause appearing, the Court GRANTS the parties' stipulated extension. The date by which the parties must exchange initial disclosures is October 15, 2018.

IT IS SO ORDERED.

Dated: **September 24, 2018**　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1