FILED
JAN 10 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEDESMA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAME, ET. AL.,<br><br>    Defendant. | Case No. 1:13-cv-01227-AWI EPG (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF, JOSE LEDESMA, CDC #V-87318, IS NO LONGER NEEDED IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Settlement Conference in this matter commenced on January 10, 2019. On that date, the parties reached a settlement.

Accordingly, **Jose Ledesma, CDV #V-87318**, is no longer needed by the Court, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

Date: January 10, 2019

/s/ Sheila K. Oberto

United States Magistrate Judge
Sheila K. Oberto